# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CIVIL DOCKET FOR CASE #: 2:23−cv−00231−AJS

| | |
|---|---|
| SICHER v. LVNV FUNDING, LLC<br>Assigned to: Judge Arthur J. Schwab<br>Case in other court:  Luzerne County, 202300272<br>Cause: 28:1442 Notice of Removal | Date Filed: 02/13/2023<br>Jury Demand: Plaintiff<br>Nature of Suit: 480 Consumer Credit<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **ROBBIN SICHER** | represented by | **Brett M. Freeman**<br>Freeman Law<br>210 Montage Mountain Road<br>Moosic, PA 18507<br>570−589−0010<br>Fax: 570−456−5955<br>Email: brett@freeman.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **LVNV FUNDING, LLC** | represented by | **Lauren M. Burnette**<br>Messer Strickler Burnette, Ltd.<br>12276 San Jose Blvd.<br>Suite 718<br>Jacksonville, FL 32223<br>904−527−1172<br>Fax: 904−683−7353<br>Email: lburnette@messerstrickler.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2023 | 1 | NOTICE OF REMOVAL from Luzerne County, case number 202300272. Copies attached: state court record (Filing fee, including Administrative fee, $402, receipt number APAWDC−7537072), filed by LVNV FUNDING, LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet) (keh) (Entered: 02/14/2023) |
| 02/14/2023 | 2 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (ms) (Entered: 02/14/2023) |
| 02/14/2023 | 3 | ORDER Re: Federal Rule of Civil Procedure 12(b) Motions to Dismiss. Signed by Judge Arthur J. Schwab on 2/14/23. (ms) (Entered: 02/14/2023) |
| 02/16/2023 | | |

| | | |
|---|---|---|
| | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 1 Notice of Removal. ERROR: Party did not file disclosure statement identifying all parent companies, subsidiaries, and affiliates that have issued shares or debt securities to the public as required pursuant to LR 7.1.A. CORRECTION: Attorney advised to file statement within 7 days under Civil > Other Filings > Other Documents > Disclosure Statement (LR 7.1.A and/or FRCvP 7.1(a)(2)). Disclosure Statement due by 2/23/2023. (keh) (Entered: 02/16/2023) |
| 02/16/2023 | 4 | STIPULATION *TO TRANSFER TO THE MIDDLE DISTRICT OF PENNSYLVANIA* by LVNV FUNDING, LLC. (Attachments: # 1 Proposed Order) (Burnette, Lauren) (Entered: 02/16/2023) |
| 02/17/2023 | 5 | ORDER re 4 Stipulation filed by LVNV FUNDING, LLC. The Clerk is instructed to TRANSFER this case to the United States District Court for the Middle District of Pennsylvania forthwith, and to CLOSE this case in this Court upon the completion of such transfer. Signed by Judge Arthur J. Schwab on 2/17/2023. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (lar) (Entered: 02/17/2023) |