# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, __Spencer M. Schulz__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 12276 San Jose Blvd. Ste 718

Jacksonville, FL 32223

Office Telephone: 904-527-1172

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

U.S. D.C. Cir. Ct. App. 4/20/22, USDC ED Mich. 8/23/19, US 2nd Cir. Ct. App. 8/15/18

USDC ED La. 11/16/11, USDC MD La. 10/21/2010, USDC WD La. 10/21/2010,

Louisiana Supreme Court, 10/21/2010

My attorney Identification number is: 33361

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____        Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT _[signature]_        Date: 4/10/23