**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Robbin Sicher,<br>Plaintiff,<br><br>v.<br><br>LVNV Funding, LLC,<br>Defendant. | Docket 3:23-cv-00492-RDM<br><br>(Judge Robert D. Mariani)<br><br><br>FILED ELECTRONICALLY |

**STIPULATION TO EXTEND DEADLINES**

1. The parties are in the process of completing discovery, and Defendant's deposition is currently scheduled for April 18, 2024.

2. Defendant has raised a number of objections to the deposition topics, and the parties are attempting to resolve these issues without the need for judicial involvement.

3. In order to provide the parties with the time necessary to negotiate these issues, the parties agree that the discovery deadline should be extended until June 28, 2024.

WHEREFORE, the parties request that the Court extend the discovery deadline until June 28, 2024.

| | |
|---|---|
| *s/ Brett Freeman* | *s/ Spencer Schulz (with consent)* |
| Brett Freeman<br>Bar Number PA 308834<br>Attorney for Plaintiff | Spencer Schulz<br>Admitted Pro Hac Vice<br>Attorney for Defendant |

FREEMAN LAW
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
Phone (570) 589-0010
Email brett@freeman.law

Messer, Strickler, Burnette, LTD
12276 San Jose Blvd., Suite 718
Jacksonville, FL 32223
Phone (904) 527-1172
Email sschulz@messerstrickler.com

**ORDER**

So ordered.

Date:__________________

________________________
Robert D. Mariani
United States District Judge