THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ROBBIN SICHER,**

   Plaintiff,

v.         3:23-CV-492
          (JUDGE MARIANI)

**LVNV FUNDING, LLC,**

   Defendant.

FILED
SCRANTON
APR 1 7 2024
Per_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 17th DAY OF APRIL, 2024, upon consideration of the parties' "Stipulation to Extend Deadlines" (Doc. 15), requesting that the deadline for completion of discovery be extended to June 28, 2024, **IT IS HEREBY ORDERED THAT:**

1. The parties' Stipulation (Doc. 15) is **ACCEPTED** as set forth herein.

2. All fact discovery shall be completed by **June 28, 2024**.

3. All other deadlines set forth in the Court's June 12, 2023, scheduling order (Doc. 13) remain in place.

_____
Robert D. Mariani
United States District Judge