IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Robbin Sicher,<br>　　　　Plaintiff<br><br>v.<br><br>LVNV Funding, LLC,<br>　　　　Defendant | Docket 3:23-cv-00492-RDM<br><br>(Judge Robert D. Mariani)<br><br><br>ELECTRONICALLY FILED |
|---|---|

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Spencer M. Schulz (with consent)* |
|---|---|
| Brett M. Freeman | Spencer M. Schulz |
| Bar Number PA 308834 | Bar Number PA |
| FREEMAN LAW | Messer, Strickler, Burnette, LTD |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 12276 San Jose Blvd., Suite 718 |
| Lake Ariel, PA 18436 | Jacksonville, FL, 32223 |
| P: (570) 589-0010 | P: 904-527-1172 |
| F: (570) 456-5955 | sschulz@messerstrickler.com |
| brett@freeman.law | |