# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robbin Sicher,<br>            Plaintiff<br><br>v.<br><br>LVNV Funding, LLC,<br>            Defendant | Docket 3:23-cv-00492-RDM<br><br>(Judge Robert D. Mariani)<br><br>ELECTRONICALLY FILED |

## ORDER

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:_____         _____

                                                  Robert D. Mariani
                                                  United States District Judge