IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robbin Sicher,<br>    Plaintiff<br><br>v.<br><br>LVNV Funding, LLC,<br>    Defendant | Docket 3:23-cv-00492-RDM<br><br>(Judge Robert D. Mariani)<br><br>ELECTRONICALLY FILED |

**FILED SCRANTON**
AUG 0 9 2024
PER _____
DEPUTY CLERK

**ORDER**

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date: 8/9/24

Robert D. Mariani
United States District Judge